NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

**DOUGLAS DYNAMICS, LLC,**
*Plaintiff-Appellant,*

v.

**BUYERS PRODUCTS COMPANY,**
*Defendant-Cross Appellant.*

---

2011-1291, 2012-1046, -1057, -1087, -1088

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0261, Judge William M. Conley.

---

## ON MOTION

---

## ORDER

Upon consideration of the joint motion to lift the stay of the briefing schedule,

IT IS ORDERED THAT:

The motion is granted. The stay of the briefing schedule is lifted. The appellant's opening brief is due within 45 days of the date of filing of this order.

FOR THE COURT

MAR 0 2 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aaron T. Olejniczak, Esq.
    Todd R. Tucker, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 2 2012

- JAN HORBALY
CLERK